IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

MARBET PROPERTIES, INC.,

    Plaintiff,

v.

VOYAGER INDEMNITY INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Voyager Indemnity Insurance Company ("VIIC"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2018-034690-CA-01 (32). The facts and legal authority supporting this Notice of Removal are as follows:

**A.     Factual Predicate**

1.     On or about October 12, 2018, Plaintiff Marbet Properties, Inc. ("Plaintiff") filed this lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 2018-034690-CA-01 (32). Plaintiff has asserted a cause of action against VIIC for alleged breach of contract concerning a claim under a policy of property insurance.

2.      On October 24, 2018, Plaintiff effectuated service of process on VIIC. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached as **Composite Exhibit "1."**

**B.    Diversity Jurisdiction Exists**

3.      Voyager is a citizen of the State of Georgia in that it is a corporation organized and existing pursuant to the laws of Georgia with its principal place of business in Atlanta, Georgia located at 260 Interstate North Circle SE, Atlanta, Georgia, 30339. *See* printout from The Office of the Georgia Secretary of State, Corporations Division's website, a true and correct copy of which is attached hereto as **Exhibit "2."** A corporation is deemed to be a citizen of its state of incorporation and its principal place of business for purposes of diversity. 28 U.S.C. §1332(c)(1).

4.      Upon information and belief at all times material hereto Plaintiff owned property located at 570 West 29th Street, Hialeah, Florida 33012, and was domiciled in Florida. *See Compl.* ¶ 2.

5.      On October 24, 2018, Plaintiff effectuated service of process and provided an estimate to the undersigned counsel indicating that the alleged damages totaled $247,149.49. This was the first indication of the amount in controversy in this matter. A true and correct copy of the estimate is attached hereto as **Exhibit "3."**

6.      VIIC has not made any payments relating to the subject claim. Based on the foregoing, the amount in controversy exceeds $75,000.00 and the jurisdictional requirements of 28 U.S.C. §1332 have been met.

7.      Based on the foregoing, VIIC has sought removal "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of an amended pleading,

motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). Therefore, removal is timely.

8. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

9. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of VIIC's rights to assert any defenses or affirmative claims, including a counterclaim.

**C.   Procedural Compliance**

10. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon VIIC are attached as **Composite Exhibit "1."**

11. In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, VIIC has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for the Eleventh Judicial Circuit in Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "4."**

**WHEREFORE**, Defendant Voyager Indemnity Insurance Company respectfully requests that the action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2018-034690-CA-01 (32), be removed to this Honorable Court.

Dated: November 20, 2018

Respectfully submitted,

By:

/s/ Daniel H. Perez
DIANA CASTIOV
Florida Bar No. 105791
DANIEL H. PEREZ
Florida Bar No. 106141
**WARGO & FRENCH, LLP**
*Attorneys for Defendant Voyager Indemnity Insurance Company*
201 S. Biscayne Boulevard
Suite 1000 - 10th Floor
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
Email: dperez@wargofrench.com
FLService1@wargofrench.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF on November 20, 2018 on all counsel or parties of record on the Service List below.

/s/ Daniel H. Perez
DANIEL H. PEREZ

5

## SERVICE LIST

**Percy Martinez, Esq.**
Percy Martinez, P.A.
2655 S. LeJeune Road, Suite 504
Coral Gables, Florida 33134
Email: Percy@percymartinezpa.com
Email: Jaquelin@percymartinezpa.com
*Counsel for Plaintiff*